PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
AUG 22 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

           v.

EMMA CARTER-ALEXANDER,

           Defendant.

CASE NO. 2:17-CR-146 JAM

18 U.S.C. § 641 – Conversion of Public Money

# INFORMATION

COUNT ONE: [18 U.S.C. § 641 – Conversion of Public Money]

The United States Attorney charges: T H A T

EMMA CARTER-ALEXANDER,

defendant herein, beginning in or about July 1993, and continuing through in or about January 2017, in the County of Solano, State and Eastern District of California, and elsewhere, did embezzle, steal, and knowingly convert to her own use and to the use of others money of the Social Security Administration, an agency of the United States, namely Social Security benefits paid to her as Representative Payee for Dorothy Griffin, having a value of approximately $298,168.20, in violation of Title 18, United States Code, Section 641.

Dated: August 22, 2017

           PHILLIP A. TALBERT
           United States Attorney

           By: /s/ Jeremy J. Kelley
           JEREMY J. KELLEY
           Assistant United States Attorney

## United States v. Carter-Alexander
### Penalties for Information

**COUNT 1:**

VIOLATION:   18 U.S.C. § 641 – Conversion of Public Property and Money

PENALTIES:   A maximum of up to ten years in prison;
Fine of up to $250,000;
or both fine and imprisonment
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)