Robert J. Saria, SBN: 128749
SARIA & SARIA, Attorneys at Law
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone:  (916) 631-3553
Facsimile: (916) 224-0192
Email:  RJSaria@SariaAttorneys.net

Attorney for Defendant Emma Carter-Alexander

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA | Case No.: 2:17-cr-00146-JAM |
|---|---|
| Plaintiff, | SENTENCING MEMORANDUM ON BEHALF OF DEFENDANT EMMA CARTER-ALEXANDER. |
| vs. | |
| EMMA CARTER-ALEXANDER, | Date:  December 12, 2017<br>Time:  9:10 am<br>Courtroom:  Hon. John A. Mendez |
| Defendant | |

   The defendant though her counsel, Robert J. Saria, Esquire, submits this Sentencing Memorandum for this Court's consideration in determining a fair and just sentence under the facts and circumstances of this case and individual to the defendant. The defendant respectfully requests this court accept and adopt the recommendation of both the Presentence Investigation Report and the Government by imposing a term of imprisonment not to exceed 18 months.  All recommendations contained within the Presentence Investigation Report are acceptable by the defendant.

I.

TERMS OF PLEA AGREEMENT

The defendant entered a plea agreement on September 12, 2017 before this court as follows:

| | | |
|---|---|---|
| Count One | 18 USC § 641 | Conversion of Public Monies |
| Total Offense Level: | | Level 15 |
| Criminal History Category: | | I |
| Sentencing Guideline Range: | | 18 – 24 months of imprisonment |

II.

RELEVANT FACTS AND CIRCUMSTANCES IN SUPPORT

OF THE REQUESTED SENTENCE

The defendant is a 66-year-old married mother of a 35-year-old adopted son. She is educated as a psychologist although she has not taken steps necessary to obtain her license to practice psychology in the State of California.

Ms. Carter-Alexander began managing the finances of her now deceased mother, Dorothy Griffin prior to her death. Ms. Griffin died on July 22, 1993. Ms. Carter-Alexander continued to receive Ms. Griffin's social security benefits after her mother's death.

In February 2017, the Office of the Inspector General of the Social Security Administration discovered the unauthorized payments and commenced the investigation

that resulted in the instant matter.  From July 1993 to January 2107, the defendant received unauthorized social security payments totally $298,168.20 from the United States government.

The defendant has acknowledged her conversion of the funds and has accepted full responsibility for her role in the crime.  She has expressed sincere remorse for her actions and has taken every effort to correct her wrongdoing.  To this end, Ms. Carter-Alexander fully and completely assisted the government with their investigation and once the matter was accepted by the United States Attorney's office for prosecution, she assisted in their investigation and took every step to expedite this matter to today's conclusion.

Ms. Carter-Alexander has no criminal history and has never been arrested nor prosecuted by any governmental agency.

Before this court is a woman who presents as caring and responsible individual who has overcome many obstacles throughout her life.  From a very early age she took on the responsibility to care for other less able family members.  Upon the death of her mother, she continued to care for those less able within her family; however, she continued to use the social security funds paid to her deceased mother.  Ms. Carter-Alexander is truly remorseful for her actions.  She understands that she has dishonored her family and the memories of her mother by her behavior.  Ms. Carter-Alexander accepts the need for her to be punished for her crime and respectfully requests this court adopt and impose the recommendations contained within the Presentence Investigation Report.

## CONCLUSION

Based upon the foregoing, and any other information the court may request at the hearing on this matter, the defendant respectfully requests this court impose a term of imprisonment of no more than 18 months and adopt the recommendations of the United States Probation Officer set forth in the Presentence Investigation Report of October 27, 2017.

Dated is 7th day of December 2017.

                                              Respectfully submitted,

                                              /s/ Robert J. Saria

                                              Robert J. Saria
                                              Attorney for Defendant Carter-Alexander